# Court of Appeals
# of the State of Georgia

ATLANTA, October 17, 2018

*The Court of Appeals hereby passes the following order:*

## A18A0927.  KINSEY et al. v. KINSEY.

Douglas Odell Kinsey and Leaf Properties Exchange, LLC appealed from three trial court orders contending, inter alia, that an injunction issued by the trial court fails to describe adequately the property that is the subject of the injunction.  In defining the land subject to an easement, the trial court's order filed July 3, 2017, refers to a plat of survey prepared by J. Scott Stroud, RLS, dated June 11, 2015, and recorded in Plat Book 68, page 166, White County Records, which was admitted into evidence as Defendant's Exhibit L.  The record on appeal does not contain Defendant's Exhibit L.  The transcript of the June 23, 2017 bench trial indicates that Defendant's Exhibit L was not provided to the court reporter.  Accordingly, we remand the case to the trial court with the direction that it properly supplement the record with Defendant's Exhibit L.  Once the record is supplemented, or the clerk certifies that Defendant's Exhibit L is not available, the case may be re-docketed in the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/17/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*